1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     LAURIE WOODWARD,                              No.  2:14-cv-2902 WBS KJN

12                      Plaintiff,

13            v.                                     ORDER

14     BC OIL LOGISTICS, LLC,

15                      Defendant.

16

17

18            In this diversity action alleging breach of contract, the Clerk of Court entered defendant

19     BC Oil Logistics, LLC's default on January 12, 2015.  (ECF No. 10.)  That same day, defendant,

20     proceeding without counsel, filed an answer.  (ECF No. 11.)  Subsequently, on January 16, 2015,

21     plaintiff filed a request for entry of default judgment by the Clerk of Court.  (ECF No. 12.)

22            Although defendant filed an answer to the complaint, it is well established that defendant,

23     as a limited liability company, cannot appear in federal court without an attorney.  Rowland v.

24     California Men's Colony, 506 U.S. 194, 202 (1993) (holding that corporations, partnerships, or

25     associations may not appear in federal court otherwise than through a licensed attorney).  As

26     such, the filing of defendant's *pro se* answer does not preclude the entry of default judgment.

27            Nevertheless, because defendant at least attempted to appear in the action, the court found

28     it appropriate to provide defendant with notice of the deficiency and a brief opportunity to obtain

1

1  counsel and oppose a default judgment.  As such, the court granted defendant until February 26,

2  2015 to file, through counsel, an opposition to the entry of default judgment and a request to set

3  aside the Clerk's entry of default.  Although that deadline has now passed, no such filings were

4  made, and defendant has not requested an extension of time to comply with the court's order.

5         Plaintiff requests the entry of default judgment by the Clerk of Court pursuant to Federal

6  Rule of Civil Procedure 55(b)(1), which states:  "If the plaintiff's claim is for a sum certain or a

7  sum that can be made certain by computation, the clerk—on the plaintiff's request, with an

8  affidavit showing the amount due—must enter judgment for that amount and costs against a

9  defendant who has been defaulted for not appearing and who is neither a minor nor an

10 incompetent person."

11        In this case, plaintiff seeks a sum of $242,180.64 pursuant to her breach of contract claim,

12 and has submitted a declaration showing the computation of the sum sought based on defendant's

13 breach of the contract.  (See ECF No. 12-1.)  Additionally, there is no indication in the record that

14 defendant, as a limited liability company, is a minor or an incompetent person.

15        Accordingly, IT IS HEREBY ORDERED that:

16     1.  The Clerk of Court shall enter the proposed default judgment (ECF No. 12-2) against

17        defendant and in favor of plaintiff pursuant to Federal Rule of Civil Procedure

18        55(b)(1).

19     2.  The Clerk of Court shall close this case.

20     IT IS SO ORDERED.

21 Dated:  March 2, 2015

22

23                        KENDALL J. NEWMAN
                       UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28