Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA   95814
Telephone:    (916) 446-0790
Facsimile:    (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Plaintiff
LAURIE WOODWARD

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| LAURIE WOODWARD, | CASE NO. 2:14-cv-02902-WBS-KJN |
| Plaintiff, | **DEFAULT JUDGMENT BY CLERK** |
| v. | |
| BC OIL LOGISTICS, LLC, | |
| Defendant. | |

The Clerk, having considered the request for entry of default judgment following entry of default submitted by Laurie Woodward as against defendant BC Oil Logistics, LLC, and good cause appearing, judgment is hereby rendered in favor of Laurie Woodward and against BC Oil Logistics, LLC in the amount of **$242,180.64**.

DATED: March 3, 2015

MARIANNE MATHERLY, CLERK of the United States District Court for Eastern District of California

By: /s/ L. Reader
Deputy Clerk